| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R. | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>5/4/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (non-compensated) | College Success Foundation (non-profit organization); beginning approximately 11/01/01. (formerly known as Washington Education Foundation) |
| 2. Law Council Member (non-compensated) | University of Idaho College of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 11 P 3: 42
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Suko_Lonny_R

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Part-time self employment as guardian ad litem |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. College Success Foundation (formerly Washington Education Foundation) | January 8-9, 2008 | Seattle | Board Meeting | Mileage, lodging and food. |
| 2. " " | September 8-9, 2008 | Alderbrook Manor | Board Meeting | Mileage, lodging and food |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment (proceeds transferred to IRA #1) | E | Int./Div. | | | Sold | 4/17 | P1 | | |
| 4. US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6. American Express Bond Fund | A | Interest | K | T | | | | | |
| 7. Real property in Yakima, WA held with others | E | Rent | M | W | | | | | |
| 8. Equitable | | None | | | Sold | 4/18 | K | C | |
| 9. Northwestern Mutual Life Insurance Company | B | Int./Div. | ·K | T | | | | | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -Altria Group, Inc. | A | Dividend | | | Sold | 4/15 | J | B | |
| 12. -Conocophillips | A | Dividend | | | Sold | 4/15 | J | C | |
| 13. -EOG Resources | A | Dividend | | | Sold | 4/15 | J | D | |
| 14. -HSBC Holdings PLC | A | Dividend | | | Sold | 1/8, 4/15 | J | A | |
| 15. -Heineken | | None | | | Sold | 4/15 | J | B | |
| 16. -Occidental Pete Corp. | A | Dividend | | | Sold | 4/15 | J | D | |
| 17. -Aon, Corp. | A | Dividend | | | Sold | 4/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -American Express Co. | A | Dividend | | | Sold | 4/15 | J | | |
| 19.  -BP PLC SPONS ADR | A | Dividend | | | Sold | 4/15 | J | A | |
| 20.  -Berkshire Hathaway | - | None | | | Sold | 4/15 | J | C | |
| 21.  -Block H & R, Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 22.  -Canon, Inc. | A | Dividend | | | Sold | 4/15 | J | A | |
| 23.  -Citigroup, Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 24.  -Costco Whsl Corp. | A | Dividend | | | Sold | 4/15 | J | C | |
| 25.  -Credit Suisse Group | | None | | | Sold | 4/15 | J | A | |
| 26.  -Danske Bank | A | Dividend | | | Sold | 4/15 | J | A | |
| 27.  -Dell, Inc. | | None | | | Sold | 4/15 | J | | |
| 28.  -Devon Energy Corp. | A | Dividend | | | Sold | 4/15 | J | D | |
| 29.  -Diageo PLC | A | Dividend | | | Sold | 4/15 | J | B | |
| 30.  -ENI S P A | | None | | | Sold | 4/15 | J | A | |
| 31.  -Glaxosmithkline PLC-ADR | A | Dividend | | | Sold | 4/15 | J | A | |
| 32.  -Iron Mtn, Inc., PA | | None | | | Sold | 4/15 | J | A | |
| 33.  -Lloyds TSB Group, PLC | | None | | | Sold | 2/7 | J | | |
| 34.  -Loews, Corp. | A | Dividend | | | Sold | 4/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35. -Microsoft, Corp. | A | Dividend | | | Sold | 4/15, 4/16 | J | B | |
| 36. -Moody's Corp. | A | Dividend | | | Sold | 4/15 | J | A | |
| 37. -JPMorgan Chase & Co. | A | Dividend | | | Sold | 4/15 | J | | |
| 38. -Nestle S A Reg ADR | A | Dividend | | | Sold | 3/7, 4/15 | J | A | |
| 39. -Nokia Corp. Sponsored ADR | | None | | | Sold | 4/15 | J | B | |
| 40. -Progressive Corp. Ohio | A | Dividend | | | Sold | 4/15 | J | | |
| 41. -Royal Dutch Pete Co. | A | Dividend | | | Sold | 4/15 | J | A | |
| 42. -SANOFI-AVENTIS ADR | | None | | | Sold | 4/15 | J | | |
| 43. -Sealed Air Corp. New | A | Dividend | | | Sold | 4/15 | J | A | |
| 44. -Societe Gen. Fr. Spon. ADR | | None | | | Buy | 2/29, 3/26 | J | | |
| 45. | | | | | Sold | 4/15 | J | A | |
| 46. -Total S.A. Spons. ADR | | None | | | Sold | 4/15 | J | A | |
| 47. -Transatlantic Hldgs, Inc. | A | Dividend | | | Sold | 4/15 | J | A | |
| 48. -Tyco Intl. Ltd. New | A | Dividend | | | Sold | 2/1- 4/16 | J | | |
| 49. -Unilever PLC Spons. ADR F | | None | | | Sold | 4/15 | J | A | |
| 50. -Vodafone Group Spons ADR | A | Dividend | | | Sold | 1/30, 4/15 | J | A | |
| 51. -Vulcan Materials Co. | A | Dividend | | | Sold | 4/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -American Intl Group, Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 53. -Cardinal Health, Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 54. -Harley Davidson, Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 55. -Mitsubishi Financial ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 56. -TNT NV-ADR | A | Dividend | | | Sold | 4/15 | J | A | |
| 57. -Wal-Mart Stores, Inc. | A | Dividend | | | Sold | 3/6, 4/15 | J | A | |
| 58. -Zurich Financial Svcs ADR | A | Dividend | | | Sold | 4/15 | J | A | |
| 59. -Wells Fargo Company | A | Dividend | | | Sold | 4/15 | J | | |
| 60. -Ameriprise Financial, Inc. | A | Dividend | | | Sold | 4/15 | J | A | |
| 61. -Novaritis AG | A | Dividend | | | Sold | 4/15 | J | | |
| 62. -Comcast Corp. | | None | | | Sold | 4/15 | J | | |
| 63. -Aegon NV | | None | | | Sold | 4/15 | J | | |
| 64. -Anadarko Petroleum Corp. | A | Dividend | | | Sold | 4/15 | J | C | |
| 65. -Autodesk Inc. | | None | | | Sold | 4/15 | J | | |
| 66. -BAE Systems Place | | None | | | Sold | 1/15, 4/15 | J | A | |
| 67. -BASF AG Sponsored ADR | | None | | | Sold | 1/18, | J | A | |
| 68. -Biogen Idec, Inc. | | None | | | Sold | 4/15 4/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Broadcom Corp. | | None | | | Sold | 4/15 | J | | |
| 70. -CVS Caremark Corp. | A | Dividend | | | Sold | 4/15 | J | A | |
| 71. -Cemex S.A.B DE C.C ADR | | None | | | Sold | 4/15 | J | | |
| 72. -Charming Shoppes Inc. | | None | | | Sold | 4/15 | J | | |
| 73. -Cheung Kong Hldings ADR | | None | | | Sold | 4/15 | J | A | |
| 74. -Ericsson TEL-SP ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 75. -Eisai Company LTD | A | Dividend | | | Sold | 4/15 | J | | |
| 76. -Encana Corp. | A | Dividend | | | Sold | 4/15 | J | A | |
| 77. -Forest Labs Inc. | | None | | | Sold | 4/15 | J | | |
| 78. -Fujifilm Hldgs Corp ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 79. -Genzyme Corporation | | None | | | Sold | 4/15 | J | B | |
| 80. -Grant Prideco Inc. | | None | | | Sold | 4/15 | J | B | |
| 81. -Hutchison Whampoa ADR | | None | | | Sold | 4/15 | J | A | |
| 82. -Kingfisher PLC-Spons | | None | | | Sold | 4/15 | J | | |
| 83. -Koninklijke Philips Electrs NV | A | Dividend | | | Sold | 4/15 | J | A | |
| 84. -L-3 Communications Hldgs. Inc. | A | Dividend | | | Sold | 2/15, 4/15 | J | B | |
| 85. -Lehman Bros. Holdings | A | Dividend | | | Sold | 4/15 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R.    • | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Liberty Global Inc. SER A | | None | | | Sold | 4/15 | J | A | |
| 87.   -Liberty Media Interactive A | | None | | | Sold | 4/15 | J | | |
| 88.   -Liberty Media CAP SER A | | None | | | Sold | 4/15 | J | A | |
| 89.   -Micron Technology Inc. | | None | | | Sold | 3/26 | J | | |
| 90.   -Millenium Pharmaceuticals Inc. | | None | | | Sold | 4/10, 4/11 | J | D | |
| 91.   -News Corp Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 92.   -Nippon Telegraph & Telephone Corp. | A | Dividend | | | Sold | 4/15 | J | | |
| 93.   -Pall Corp. | A | Dividend | | | Sold | 4/15 | J | A | |
| 94.   -Procter & Gamble CO. | A | Dividend | | | Sold | 4/15 | J | A | |
| 95.   -Reed Elsevier PLC-Spons | A | Dividend | | | Sold | 1/29- 3/20 | J | | |
| 96.   -Repsol YPF S.A. | A | Dividend | | | Sold | 4/15 | J | A | |
| 97.   -Sandisk Corporation | | None | | | Sold | 4/15 | J | | |
| 98.   -Seagate Technology | A | Dividend | | | Sold | 4/15 | J | | |
| 99.   -Sony Corp. | A | Dividend | | | Sold | 4/15 | J | A | |
| 100.  -Sprint Nextel Corp. | | None | | | Sold | 4/15 | J | | |
| 101.  -Statoilhydro ASA | | None | | | Sold | 4/15 | J | A | |
| 102.  -Taiwan Semiconductor MFG Co. | | None | | | Sold | 4/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Thomson Spon ADR | | None | | | Sold | 4/15 | J | | |
| 104. -Toyota Mtr Corp. ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 105. -Unitedhealth Group Inc. | A | Dividend | | | Sold | 4/15 | J | | |
| 106. -UPM-Kymmene Corp. | A | Dividend | | | Sold | 4/15 | J | | |
| 107. -Wachovia Corp. | A | Dividend | | | Sold | 1/30, 4/15 | J | A | |
| 108. -Weatherford Intl Ltd. | | None | | | Sold | 4/15 | J | D | |
| 109. -Barrick Gold Corp. | | None | | | Sold | 1/16- 2/14 | J | A | |
| 110. -Canadian Natural Resources LTD | A | Dividend | | | Sold | 4/15 | J | A | |
| 111. -Covidien LTD | A | Dividend | | | Sold | 2/1- 4/16 | J | B | |
| 112. -Denso Corporation ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 113. -Embraer Empresa Brasilera De Aeronautica | A | Dividend | | | Sold | 4/15 | J | | |
| 114. -Gazprom O A O | | None | | | Sold | 4/15 | J | | |
| 115. -Kookmin Bank SPONS ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 116. -Nissan Mtr Ltd Spons-ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 117. -Nitto Denko Corp ADR | A | Dividend | | | Sold | 4/15 | J | | |
| 118. -NTT DOCOMO INC ADR | A | Dividend | | | Sold | 4/15 | J | A | |
| 119. -Perusahaan Perseroan Persero PT | | None | | | Sold | 4/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Petroleo Brasileiro - SPON ADR | A | Dividend | | | Sold | 4/5 | J | A | |
| 121. -Publicis Group - S A | | None | | | Sold | 4/15 | J | | |
| 122. -Teva Pharmaceutical | A | Dividend | | | Sold | 4/15 | J | A | |
| 123. -Transocean Inc. NEW | | None | | | Sold | 4/15 | J | B | |
| 124. -Tyco Electronics LTD. | A | Dividend | | | Sold | 2/1-4/16 | J | A | |
| 125. -Agilent Tech Inc. | | None | | | Buy | 1/15 | J | | |
| 126. | | | | | Sold | 4/15 | J | | |
| 127. -Au Optronics Corp-ADR | | None | | | Buy | 4/8 | J | | |
| 128. | | | | | Sold | 4/15 | J | | |
| 129. -Barclays PLC ADR | A | Dividend | | | Buy | 2/6 | J | | |
| 130. | | | | | Sold | 4/15 | J | | |
| 131. -Bed Bath & Beyond, Inc. | | None | | | Buy | 2/1 | J | | |
| 132. | | | | | Sold | 4/15 | J | | |
| 133. -Cablevision Sys NY-GRP-A | | None | | | Buy | 4/14 | J | | |
| 134. | | | | | Sold | 4/15 | J | | |
| 135. -Express Scripts, Inc. | | None | | | Buy | 2/21 | J | | |
| 136. | | | | | Sold | 4/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Ipath ETN SER A DJ AIG | | None | | | Buy | 4/22 | J | | |
| 138. | | | | | Sold | 8/7, 8/13 | J | | |
| 139. -Ishares S&P Europe 350 Fd. | A | Dividend | | | Buy | 4/22, 8/13 | J | | |
| 140. | | | | | Sold | 7/14- 9/26 | J | | |
| 141. -General Electric Company | A | Dividend | | | Buy | 1/25, 2/13 | J | | |
| 142. | | | | | Sold | 4/16 | J | | |
| 143. -GS Finl Sq Mmkt Instl. | A | Dividend | | | Buy | 4/22- 9/2 | J | | |
| 144. | | | | | Sold | 8/7- 9/26 | J | | |
| 145. -Grupo TV SA DE CV Global | | None | | | Buy | 2/7 | J | | |
| 146. | | | | | Sold | 4/15 | J | A | |
| 147. -Hewlett-Packard Company | | None | | | Buy | 1/15 | J | | |
| 148. | | | | | Sold | 4/15 | J | A | |
| 149. -Ishares MSCI EAFE Index Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 150. | | | J | T | Sold (part) | 4/22- 9/26 | J | | |
| 151. -Ishares S&P Midcap 400 Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 152. | | | J | T | Sold (part) | 4/22- 11/4 | J | | |
| 153. -Ishares TR S&P 500 Index Fd. | A | Dividend | | | Buy | 4/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Suko, Lonny R. | | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | J | T | Sold (part) | 4/22-9/26 | J | | |
| 155.  -Ishares S&P Smallcap 600 Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 156. | | | | | Sold | 7/11-9/26 | J | | |
| 157.  -Ishares MSCI Pac Ex-Japn Fd. | A | Dividend | | | Buy | 4/22-8/13 | J | | |
| 158. | | | | | Sold | 7/14, 9/26 | J | | |
| 159.  -Ishares S&P Prd Stock Fd. | A | Dividend | | | Buy | 4/22-8/13 | J | | |
| 160. | | | | | Sold | 7/14-9/15 | J | | |
| 161.  -Ishares Inv GR Bond ETF Fd. | A | Int./Div. | | | Buy | 4/22, 7/11 | J | | |
| 162. | | | | | Sold | 7/14-9/26 | J | | |
| 163.  -Ishares Lehman Shrt Tr Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 164. | | | | | Sold | 8/7, 8/13 | J | | |
| 165.  -Liberty Entertnmnt A (See Note 3, page 26) | | None | | | Buy | 11/10/07 3/27/08 | J | | |
| 166. | | | | | Sold | 4/15 | J | A | |
| 167.  -Merrill Lynch & Co Inc. | A | Dividend | | | Buy | 1/9 | J | | |
| 168. | | | | | Sold | 4/15 | J | | |
| 169.  -National Grid PLC SA NEW | | None | | | Buy | 4/11 | J | | |
| 170. | | | | | Sold | 4/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Philip Morris Intl Inc. (See Note 4, page 26) | | None | | | Buy | 8/23/0 11/1/06 | J | | |
| 172. | | | | | Sold | 4/15 | J | B | |
| 173. -Posco Sponsored ADR | | None | | | Buy | 4/7 | J | | |
| 174. | | | | | Sold | 4/15 | J | | |
| 175. -Powershares DB Prec Mtls Fd. | | None | | | Buy | 4/22 | J | | |
| 176. | | | J | T | Sold (part) | 4/22- 9/26 | J | | |
| 177. -Powershare US Dollar IDX Fd. | | None | | | Buy | 8/13 | J | | |
| 178. | | | | | Sold | 9/26, 12/22 | J | A | |
| 179. -Proshrs Ultra Sht S&P500 Fd. | A | Dividend | | | Buy | 9/26, 10/16 | J | | |
| 180. | | | | | Sold | 10/1- 11/4 | J | | |
| 181. -Technology Sector SPDR | A | Dividend | | | Buy | 4/22, 7/14 | J | | |
| 182. | | | | | Sold | 7/11- 9/26 | J | | |
| 183. -Financial Sector SPDR Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 184. | | | | | Sold | 7/14 | J | | |
| 185. -Short S&P 500 Proshares Fd. | | None | | | Buy | 4/22- 7/14 | J | | |
| 186. | | | | | Sold | 8/7- 9/26 | J | B | |
| 187. -Ultra Financial Proshrs Fd. | | None | | | Buy | 10/01 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/24 | J | | |
| 189. -Prshrs Ultra S7P 500 ETF Fd. | | None | | | Buy | 10/01 | J | | |
| 190. | | | | | Sold | 10/16 | J | | |
| 191. -Vanguard Total Bond Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 192. | | | J | T | Sold (part) | 4/22-9/26 | J | | |
| 193. -Vanguard Energy ETF Fd. | | None | | | Buy | 4/22-9/26 | J | | |
| 194. | | | | | Sold | 8/7, 10/24 | J | | |
| 195. -Vanguard Emrg Mkts ETF Fd. | A | Dividend | | | Buy | 4/22 | J | | |
| 196. | | | J | T | Sold (part) | 4/22-9/26 | J | | |
| 197. -Barclays Bank PLC Ipath Exchange Trd Notes FD | | None | J | T | Buy | 4/22-9/26 | J | | |
| 198. -Financial Select Sector SPDR FD | A | Dividend | J | T | Buy | 10/24 | J | | |
| 199. -Ishare TR S&P Smallcap 600 Index FD | A | Dividend | J | T | Buy | 4/22-9/26 | J | | |
| 200. -Ishares Barclays Tips Bond FD | | None | J | T | Buy | 9/26 | J | | |
| 201. -Ishares Barclays Short Treasury Bond FD | A | Dividend | J | T | Buy | 4/22-9/26 | J | | |
| 202. -SPDR Lehman 1-3 Month T-Bill FD | A | Dividend | J | T | Buy | 10/24 | J | | |
| 203. Management Acct. #1A (See note 1, page 26) | | | | | | | | | |
| 204. -General Electric Co. | A | Dividend | | | Sold | 4/15, 4/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -J.P. Morgan Chase 7%CAP X | | None | | | Sold | 4/16 | J | | |
| 206. -CA St Econ 5% 7/1/2010 | A | Dividend | | | Sold | 4/17 | J | | |
| 207. -Delaware 5.25% 4/1/2009 | A | Dividend | | | Sold | 4/17 | J | A | |
| 208. -FHLMC 5.75% 4/15/08 | | None | | | Sold | 4/15 | J | | |
| 209. -Tenn VY 5.375% 11/13/08 | A | Interest | | | Sold | 4//17 | J | | |
| 210. -Washington St. Pub. Pwr Supply Sys Nuclear PJ | A | Interest | | | Sold | 4/17 | J | A | |
| 211. -Citigroup, Inc. | A | Int./Div. | | | Sold | 4/15 | J | | |
| 212. -Deere & Co. | | None | | | Sold | 4/16 | J | D | |
| 213. -Exxon Mobil Corp. | | None | | | Sold | 4/16 | J | D | |
| 214. -Blackrock Lg. Cap Growth Fund CLI (formerly Merrill Lynch) | | None | | | Sold | 4/16 | J | C | |
| 215. -Blackrock Lg. Cap Value Fund CLI (formerly Merrill Lynch) | | None | | | Sold | 4/16 | J | C | |
| 216. -J.P. Morgan Chase & Co. | A | Int./Div. | | | Sold | 4/15 | J | | |
| 217. -Tyco, Intl Ltd. | A | Int./Div. | | | Sold | 4/15 | J | | |
| 218. IRA #1 (See note 5, page 26) | E | Int./Div. | P1 | T | | | | | |
| 219. -Calamos Growth FD CL A | | | | | Sold | 4/17 | J | A | |
| 220. -Cambiar Opportunity Fd | | | | | Sold | 4/17 | J | A | |
| 221. -FMI Focus Fund | | | | | Sold | 4/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Hotchkis & Wiley MD CP-1 | | | | | Sold | 4/17 | J | | |
| 223. -Julius Baer Intl. Eq. Cl. I | | | | | Sold | 4/17 | J | C | |
| 224. -Kinetics Sm. Cap. Opptys | | | | | Sold | 4/17 | J | B | |
| 225. -Legg Mason Value Trust | | | | | Sold | 4/17 | J | | |
| 226. -Royce Total Return Fd. | | | | | Sold | 4/17 | J | A | |
| 227. -TCW Galileo Sel Eqtys-1 | | | | | Sold | 4/17 | J | A | |
| 228. -Kinetics Paradigm Fund | | | | | Sold | 4/15 | J | A | |
| 229. -DWS Dreman Small Cap | | | | | Sold | 4/17 | J | | |
| 230. -Alger Small Cap Ret. Fund | | | | | Sold | 4/17 | J | A | |
| 231. -Blackrock Funds Large Cap Value Fund | | | | | Sold | 4/17 | J | | |
| 232. -Columbia Funds TR Fd. | | | | | Sold | 4/17 | J | | |
| 233. -Dodge & Cox INTL Fd. | | | | | Sold | 4/17 | J | | |
| 234. -Fidelity Advisor SER 1 Fd. | | | | | Sold | 4/17 | J | | |
| 235. -Goldman Sachs TR Fd. | | | | | Sold | 1/11, 8/1 | K | | |
| 236. -Quantitative Group FDS | | | | | Sold | 4/17 | J | | |
| 237. -RS INVT TR Fd. | | | | | Sold | 4/17 | J | A | |
| 238. -Ipath ETN SER A DJ AIG FD | | | | | Buy | 4/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 8/7, 8/13 | J | | |
| 240. -Ishares S&P Europe 350 Fd | | | | | Buy | 4/17- 8/13 | J | | |
| 241. | | | | | Sold | 7/14- 9/26 | J | | |
| 242. -GS Finl. Sq. Mmkt. Instl. Fd. | | | | | Buy | 1/2- 9/2 | J | | |
| 243. | | | | | Sold | 8/7- 9/26 | J | | |
| 244. -Ishares MSCI Eafe Index Fd. | | | | | Buy | 4/17- 9/26 | J | | |
| 245. | | | | | Sold (part) | 7/11, 7/14 | J | | |
| 246. -Ishares S&P Midcap 400 Fd. | | | | | Buy | 4/17- 11/4 | J | | |
| 247. | | | | | Sold (part) | 7/11- 9/26 | J | | |
| 248. -Ishares TR S&P 500 Index Fd. | | | | | Buy | 4/17- 11/4 | J | | |
| 249. | | | | | Sold (part) | 7/11- 9/26 | J | | |
| 250. -Ishares S&P Smallcap 600 Fd. | | | | | Buy | 4/17- 11/4 | J | | |
| 251. | | | | | Sold (part) | 7/11- 9/26 | J | | |
| 252. -Ishares MSCI Pac Ex-Japn Fd. | | | | | Buy | 4/17- 8/13 | J | | |
| 253. | | | | | Sold | 7/14, 9/26 | J | | |
| 254. -Ishares S&P Prd Stock Fd. | | | | | Buy | 4/17- 8/13 | J | | |
| 255. | | | | | Sold | 7/14- 9/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Ishares Inv Gr Bond ETF Fd. | | | | | Buy | 4/17, 7/11 | J | | |
| 257. | | | | | Sold | 7/14- 9/26 | J | | |
| 258. -Ishares Lehman Shrt Tr Fd. | | | | | Buy | 4/17 | J | | |
| 259. | | | | | Sold | 8/7, 8/13 | J | | |
| 260. -Powershares Db Prec Mtls Fd. | | | | | Buy | 4/17- 7/14 | J | | |
| 261. | | | | | Sold (part) | 8/7- 9/26 | J | | |
| 262. -Powershare US Dollar Idx Fd. | | | | | Buy | 8/13 | J | | |
| 263. | | | | | Sold | 9/26, 12/22 | J | B | |
| 264. -Proshrs Ultra Sht S&P 500 Fd. | | | | | Buy | 9/26, 10/16 | J | | |
| 265. | | | | | Sold | 10/1- 11/4 | J | | |
| 266. -Tchnology Sector SPDR Fd. | | | | | Buy | 4/17, 7/14 | J | | |
| 267. | | | | | Sold | 7/11- 9/26 | J | | |
| 268. -Financial Sector SPDR Fd. | | | | | Buy | 4/17, 10/24 | J | | |
| 269. | | | | | Sold (part) | 7/14 | J | | |
| 270. -Short S&P 500 Proshares Fd. | | | | | Buy | 4/17- 7/14 | J | | |
| 271. | | | | | Sold | 8/7- 9/26 | J | B | |
| 272. -Ultra Financial Proshrs Fd. | | | | | Buy | 10/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold | 10/24 | J | | |
| 274.  -Prshrs Ultra S&P 500 ETF Fd. | | | | | Buy | 10/1 | J | | |
| 275. | | | | | Sold | 10/16 | J | | ... |
| 276.  -Vanguard Total Bond Fd. | | | | | Buy | 4/17- 8/7 | J | | |
| 277. | | | | | Sold (part) | 7/14- 9/26 | J | | |
| 278.  -Vanguard Energy ETF Fd | | | | | Buy | 4/17- 9/26 | J | | |
| 279. | | | | | Sold | 7/14- 10/24 | J | | |
| 280.  -Vanguard Emrg Mkts ETF Fd. | | | | | Buy | 4/17- 8/13 | J | | |
| 281. | | | | | Sold (part) | 7/11, 9/26 | J | | |
| 282.  -Barclays Bank PLC Ipath Exchange Trd Notes FD | | | | | Buy | 4/17- 9/26 | J | | |
| 283.  -Ishares Barclays Tips Bond Fd | | | | | Buy | 9/26 | J | | |
| 284.  -Ishares Barclays Short Treasury Bond Fd | | | | | Buy | 4/17- 9/26 | J | | |
| 285.  -SPDR Lehman 1-3 Month T-Bill Fd. | | | | | Buy | 10/24 | J | | |
| 286.  IRA #2 | B | Int./Div. | L | T | | | | | |
| 287.  -Calamos Groth Fd Cl A | | | | | Sold | 3/28 | J | A | |
| 288.  -Cambiar Opportunity Fd | | | | | Sold | 3/28 | J | | |
| 289.  -FMI Focus Fund | | | | | Sold | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Hotchkis & Wiley Md CP-1 | | | | | Sold | 3/28 | J | | |
| 291. -Julius Baer Intl. Eq. Cl -1 | | | | | Sold | 3/28 | J | C | |
| 292. -Kinetics Sm. Cap. Opptys. | | | | | Sold | 3/28 | J | B | |
| 293. -Legg Mason Value Trust | | | | | Sold | 3/28 | J | | |
| 294. -Royce Total Return FD | | | | | Sold | 3/28 | J | A | |
| 295. -TCW Galileo Sel Eqtys-1 | | | | | Sold | 3/28 | J | A | |
| 296. -DWS Dreman Small Cap Value | | | | | Sold | 3/28 | J | | |
| 297. -Alger Small Cap Retirement Fund | | | | | Sold | 3/28 | J | | |
| 298. -Blackrock Large Cap Value Fd. | | | | | Sold | 3/28 | J | | |
| 299. -Kinetics Paradigm Fund | | | | | Sold | 3/27 | J | A | |
| 300. -Columbia Funds TR Fd. | | | | | Sold | 3/28 | J | | |
| 301. -Dodge & Cox INTL Fd. | | | | | Sold | 3/28 | J | | |
| 302. -Fidelity Advisor SER I Fd. | | | | | Sold | 3/28 | J | | |
| 303. -Goldman Sachs TR Fd. | | | | | Sold | 1/11- 8/1 | J | | |
| 304. -Quantitative Group FDS | | | | | Sold | 3/28 | J | | |
| 305. -RS INVT TR Fd. | | | | | Sold | 3/28 | J | | |
| 306. -Ipath ETN SER A DJ AIG Fd. | | | | | Buy | 4/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 4/18- 8/13 | J | | |
| 308. -Ishares S&P Europe 350 Fd. | | | | | Buy | 4/1- 8/13 | J | | |
| 309. | | | | | Sold | 4/18- 9/26 | J | | |
| 310. -GS Finl. Sq. Mmkt. Instl. Fd. | | | | | Buy | 1/2- 9/2 | J | | |
| 311. | | | | | Sold | 8/7- 9/26 | J | | |
| 312. -Ishares MSCI Eafe Index Fd. | | | | | Buy | 4/1- 9/26 | J | | |
| 313. | | | | | Sold (part) | 4/18, 7/14 | J | | |
| 314. -Ishares S&P Midcap 400 Fd. | | | | | Buy | 4/1- 11/4 | J | | |
| 315. | | | | | Sold (part) | 4/18- 9/26 | J | | |
| 316. -Ishares TR S&P 500 Index Fd. | | | | | Buy | 4/1- 11/4 | J | | |
| 317. | | | | | Sold (part) | 4/18- 9/26 | J | | |
| 318. -Ishares S&P Smallcap 600 Fd. | | | | | Buy | 4/1- 11/4 | J | | |
| 319. | | | | | Sold (part) | 4/18- 9/26 | J | | |
| 320. -Ishares MSCI Pac Ex-Japn Fd. | | | | | Buy | 4/1- 8/13 | J | | |
| 321. | | | | | Sold | 4/18- 9/26 | J | | |
| 322. -Ishares S&P Prd Stock Fd. | | | | | Buy | 4/1- 8/13 | J | | |
| 323. | | | | | Sold | 4/18- 9/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Ishares Inv Gr Bond ETF Fd. | | | | | Buy | 4/1, 4/22 | J | | |
| 325. | | | | | Sold | 4/18- 9/26 | J | | |
| 326. -Ishares Lehman Shrt Tr Fd. | | | | | Buy | 4/1 | J | | |
| 327. | | | | | Sold | 4/18, 8/13 | J | | |
| 328. -Powershares Db Prec Mtls Fd. | | | | | Buy | 4/1- 7/14 | J | | |
| 329. | | | | | Sold (part) | 4/18- 8/13 | J | | |
| 330. -Powershare US Dollar Idx Fd. | | | | | Buy | 8/13 | J | | |
| 331. | | | | | Sold | 9/26, 12/22 | J | A | |
| 332. -Proshrs Ultra Sht S&P 500 Fd. | | | | | Buy | 9/26, 10/16 | J | | |
| 333. | | | | | Sold | 10/1- 11/4 | J | | |
| 334. -Technology Sector SPDR Fd. | | | | | Buy | 4/1- 7/14 | J | | |
| 335. | | | | | Sold | 4/18- 9/26 | J | | |
| 336. -Financial Sector SPDR Fd. | | | | | Buy | 4/1- 10/24 | J | | |
| 337. | | | | | Sold (part) | 4/18, 7/14 | J | | |
| 338. -Short S&P 500 Proshares Fd. | | | | | Buy | 4/1- 7/14 | J | | |
| 339. | | | | | Sold | 4/18- 9/26 | J | A | |
| 340. -Ultra Financial Proshrs Fd. | | | | | Buy | 10/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Sold | 10/24 | J | | |
| 342. -Prshrs Ultra S&P 500 ETF Fd. | | | | | Buy | 10/1 | J | | |
| 343. | | | | | Sold | 10/16 | J | | |
| 344. -Vanguard Total Bond Fd. | | | | | Buy | 4/1- 8/7 | J | | |
| 345. | | | | | Sold (part) | 4/18- 9/26 | J | | |
| 346. -Vanguard Energy ETF Fd. | | | | | Buy | 4/1- 9/26 | J | | |
| 347. | | | | | Sold | 4/18- 10/24 | J | | |
| 348. -VanguardEmrg MKTS ETF Fd. | | | | | Buy | 4/1- 8/7 | J | | |
| 349. | | | | | Sold (part) | 4/18, 9/26 | J | | |
| 350. -Barclays Bank PLC Ipath Exchange Trd Notes Fd. | | | | | Buy | 4/1- 9/26 | J | | |
| 351. -Ishares Barclays Tips Bond Fd. | | | | | Buy | 9/26 | J | | |
| 352. -Ishares Short Treasury Bond Fd. | | | | | Buy | 4/1- 9/26 | J | | |
| 353. -SPDR Lehman 1-3 Month T-Bill Fd. | | | | | Buy | 10/24 | J | | |
| 354. Management Acct. #2 (See note 2, page 26) | | | | | | | | | |
| 355. -Cohen & Steers Realty Shares, Inc. | A | Dividend | | | Sold | 4/14 | J | | |
| 356. -Julius Baer Intl Eq CL I | A | Dividend | | | Sold | 4/14 | J | B | |
| 357. -Pimco Fds Pac Invt | A | Dividend | | | Sold | 4/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Suko, Lonny R. | · · | 5/4/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Rowe Price Equity Income | A | Dividend | | · | Sold | 4/14 | J | | |
| 359. -Rydex Dynamic Tempst 500 | A | Dividend | | | Sold | 4/14 | J | | |
| 360. -Rydex Energy Svcs Invs | A | Dividend | | | Sold | 4/14 | J | C | |
| 361. -Vanguard Inter-Term Bond | B | Dividend | | | Sold | 4/14 | J | A | |
| 362. -Vanguard Index-Smallcap Stock | A | Dividend | | | Sold | 4/14 | J | A | |
| 363. -Vanguard Mid-Cap Index I | A | Dividend | | | Sold | 4/14 | J | B | |
| 364. -Vanguard Prec Met & Mng FD | A | Dividend | | | Sold | 4/14 | J | C | |
| 365. -Vanguard/Windsor II | A | Dividend | | | Sold | 4/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 5/4/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 15, line 203 -- Assets transferred to Management Account #1 during 2008.

2. Page 24, line 354 -Assets transferred to Management Accout #1 during 2008.

3. Page 13, line 165 - Asset was inadvertently omitted from the prior year reporting period. Stock was actually purchased in 2006 and 2008 and completely sold in 2008.

4. Page 14, line 171- Asset was inadvertently omitted from the prior year reporting period. Stock was actually purchased in 2004 and 2006 and completely sold in 2008.

5. Page 16, line 218 - IRA #1 includes transfer proceeds from ABA Endowment, page 4, line 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544